UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 11-10389 |
| | ) | CHAPTER | 13 |
| SUSAN F. FISCHER | ) | REG/tk | |

Debtor(s)

## ORDER DISMISSING CASE

Dated on January 20, 2016.

A hearing with regard to the issues raised by Trustee's motion to dismiss was held on January 19, 2016, with Fred Wehrwein, counsel for debtor, and Jon Rogers, counsel for trustee, present.

For the reasons stated in open court, the motion to dismiss is GRANTED.

IT IS ORDERED THAT:

1. This chapter 13 case is dismissed.

2. Any wage deduction order which may be in force is terminated, effective with the date of this order. It is the Debtor(s) responsibility to notify the employer that the wage deduction order is terminated.

3. Any entity wishing to file a request for payment of an administrative expense under 11 U.S.C. § 503(b) shall file the request within 14 days from the date of this order.

4. The Clerk shall serve a copy of this order on all creditors and parties in interest.


/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court